Date: 08/30/09

Page: 1

### DIVIDENDS REMITTED TO THE COURT
Check Number 111 Dated 08/30/09
Case Number 08-43459 - OELKERS, HARLAND JAMES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Opera<br>P.O. Box 21126<br>Philadelphia, PA 19114<br>  FINAL DISTRIBUTION | 000002A | 43.35 | 1.15 |
| ---------- Remittance Total ---------- | | 43.35 | 1.15 |

*[signature]*
John A. Hedback, Trustee

RECEIVED 09 AUG [illegible] 25 AM 11:32 U.S. BANKRUPTCY COURT ST. PAUL, MN
RECEIVED 09 SEP -1 AM 11:32 U.S. BANKRUPTCY COURT ST. PAUL, MN